UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRITZ GERALD TOUSSAINT,<br><br>Plaintiff,<br><br>v.<br><br>VENANTE TOUSSAINT,<br><br>Defendants. | Civil Action No. 23-22735 (JXN) (LDW)<br><br>and<br><br>Civil Action No. 23-22747 (JXN) (JSA)<br><br>**MEMORANDUM OPINION & ORDER** |

**NEALS**, District Judge:

Before the Court is *pro se* Plaintiff Fritz Gerald Toussaint's ("Plaintiff") November 16, 2023 complaint (ECF No. 1) (the "Complaint") filed in 2:23-cv-22735 and 2:23-cv-22747, which Plaintiff filed without paying the filing fee or applying to proceed *in forma pauperis* (an "IFP Application"). For the reasons set forth below, Plaintiff's Complaints (ECF No. 1) in **2:23-cv-22735** and **2:23-cv-22747** are **DISMISSED** *without prejudice* and the Clerk of Court is directed to **CLOSE** both matters.

1. Pursuant to the November 16, 2023, Notice of Guidelines for Representing Yourself (Appearing "*Pro* Se") in Federal Court (ECF No. 2), the Clerk of Court for the Eastern District of Pennsylvania informed Plaintiff of his responsibility to pay the filing fee or file an IFP Application to proceed in these litigations. On November 29, 2023, both matters were transferred and assigned to this Court. ((ECF No. 3) in 2:23-cv-22735 and (ECF No. 4) in 2:23-cv-22747).

2. On December 6, 2023, the Clerk of Court for the District of New Jersey again informed Plaintiff of his responsibility to pay the filing fee or file an IFP Application. ((ECF No. 5) in 2:23-cv-22735 and (ECF No. 6) in 2:23-cv-22747).

1

3.      To date, Plaintiff has neither paid the filing fee nor filed an IFP Application in either case.

Accordingly, for all the foregoing reasons, it is hereby,

**ORDERED** that this Memorandum Opinion and Order shall relate to **2:23-cv-22735** and **2:23-cv-22747** with the same force and effect; it is further

**ORDERED** that the Complaints in **2:23-cv-22735** and **2:23-cv-22747** are **DISMISSED** *without prejudice*; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** both matters.

DATED: _____                                s/ Julien Xavier Neals
                                                 **JULIEN XAVIER NEALS**
                                                 United States District Judge